# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

HASAN JAHLIL SHABAZZ, #0262700      )
a/k/a John Henry McAllister,          )
          Plaintiff,              )
                                 )     **JUDGMENT IN A CIVIL CASE**
     v.                          )     **CASE NO. 5:11-CV-479-F**
                                 )
LACEY WILLIAMS,             )
          Defendant.       )

**Decision by Court.**

      **IT IS ORDERED AND ADJUDGED** that plaintiff's allegations raise neither a federal question, nor do they allow an inference that the jurisdictional amount can be met in this case. Because there is no conceivable basis for federal subject matter jurisdiction over plaintiff's complaint, it is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2).

      THE ABOVE JUDGMENT WAS ENTERED TODAY, **October 12, 2011,** AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Hasan Jahlil Shabazz (via regular mail to #0262700, Polk Correctional Institution, P.O. Box 2500 Butner, NC 27509)

October 12, 2011                    DENNIS P. IAVARONE
Date                              Clerk of Court

                                 /s/ Susan K. Edwards

                                 *(By) Deputy Clerk*

                                 *Wilmington, NC*